No. 74–8. O'CONNOR *v.* DONALDSON. C. A. 5th Cir. Certiorari granted.

No. 73–1994. VELLA *v.* FORD MOTOR CO. C. A. 6th Cir. Certiorari granted limited to Question 1 presented by the petition which reads as follows: "Is a disabled seaman who contracted by trauma a permanent disease while in the service of a vessel entitled to maintenance and cure payments during the interim between the period the incident occurred and the time the disease was medically diagnosed and proclaimed incurable?"

No. 73–1995. BREED, DIRECTOR, CALIFORNIA YOUTH AUTHORITY *v.* JONES. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 73–2055. SECURITIES INVESTOR PROTECTION CORP. *v.* BARBOUR ET AL. C. A. 6th Cir. Certiorari granted limited to the following questions:

1. Whether customers of a Member have an implied private right of action to compel SIPC to meet its alleged obligations to them under the Act, despite § 7 (b) thereof which grants that right only to the Securities and Exchange Commission?

2. If such a right of action can be implied, whether a receiver of a Member has standing to maintain it?

No. 73–6650. BROWN *v.* ILLINOIS. Sup. Ct. Ill. Motion for leave to proceed *in forma pauperis* and certiorari granted.